[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-10614
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 8, 2006
THOMAS K. KAHN
CLERK

D.C. Docket No. 04-00381-CV-OC-10-GRJ

GUSTAV KLOSZEWSKI,

Plaintiff-Appellant,

versus

U.S. DEPARTMENT OF JUSTICE, FEDERAL
BUREAU OF PRISONS,
J.M. KILLIAN, individually and as Administrative
Warden of FCC Coleman, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(August 8, 2006)**

Before MARCUS, WILSON and COX, Circuit Judges.

PER CURIAM:

Gustav Kloszewski ("Kloszewski") appeals the district court's grant of the Appellees' motion for summary judgment on his claims under the Federal Tort Claims Act, 28 U.S.C. § 2671 *et seq.* (the "FTCA") and *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 91 S. Ct. 1999 (1971). Kloszewski's claims stem from a recalculation of his sentence for drug trafficking concurrent with the recalculation of his sentence for violating his parole.

We have considered the briefs, and relevant parts of the record, and find no reversible error.

**AFFIRMED.**